**LINDEMANN LAW FIRM, APC**
Blake J. Lindemann, SBN 255747
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: (310) 279-5269
Facsimile:  (310) 300-0267
E-mail: Blake@lawbl.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE PALMER, an individual; on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A.; CITIZENS FINANCIAL GROUP, INC.; FARMERS GROUP, INC.; FARMERS EXCHANGE; HSBC BANK, USA, N.A.; DISCOVER FINANCIAL SERVICES, INC, and DOES 1-100,<br><br>Defendants. | Case No. 3:20-cv-06309-JSC<br><br>Judge: Hon. Jacqueline Scott Corley<br><br>**DECLARATION OF BLAKE J. LINDEMANN IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT; MEMORANDUM OF LAW IN SUPPORT THEREOF**<br><br>**Date:**     April 29, 2021<br>**Time:**     9:00 a.m.<br>**Courtroom:**  E - 15th Floor<br><br>Date Removed: September 4, 2020<br>Date Filed:     April 24, 2020 |

I, Blake J. Lindemann, hereby declare under penalty of perjury:

1. I submit this declaration in support of Plaintiff's Motion for Leave to File Second Amended Class Action Complaint ("Motion"). I represent the Plaintiff and proposed Class in the above-captioned action. I make this declaration based on my own personal knowledge. If called to do so, I could and would testify to the matters contained herein.

2. Plaintiff filed a Class Action Complaint on April 27, 2020 in the Superior Court of California, County of San Francisco.

3. Plaintiff filed a First Amended Class Action Complaint ("FAC") on August 19, 2020 in the Superior Court of California, County of San Francisco.

4. On January 15, 2021, the Court denied Plaintiff's Motion to Remand the Case to the Superior Court of California, County of San Francisco. The original Complaint and the FAC contains allegations concerning certifying a class under the standards of the *California Rules of Civil Procedure*, based on the previous forum of the dispute. Because this case will proceed in the Federal District Court, Plaintiff has made amendments to correct the claims based on the location of the Case. In addition, through discovery, investigation, and based on the same general set of facts, Plaintiff seeks to add one Defendant to the Action, and assert three new causes of action that are predicated on the same general set of facts that have already been pled.

5. A continued Case Management Conference is set for April 15, 2021.

6. No deadline for amending the pleadings or adding new parties has been set. No scheduling order has been entered in this case.

7. Attached hereto as **Exhibit 1** is Plaintiff's proposed Second Amended Class Action Complaint.

8. Attached hereto as **Exhibit 2** is a redline version of Plaintiff's proposed Second Amended Class Action Complaint showing the changes made to the First Amended Class Action Complaint.

9. The proposed amendments are made in the furtherance of justice and will not delay the proceedings.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of March, 2021 at Los Angeles, California.

/s/ *Blake J. Lindemann*