**LINDEMANN LAW FIRM, APC**
Blake J. Lindemann, SBN 255747
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: (310) 279-5269
Facsimile:  (310) 300-0267
E-mail: Blake@lawbl.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE PALMER, an individual; on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A.; CITIZENS FINANCIAL GROUP, INC.; FARMERS GROUP, INC.; FARMERS EXCHANGE; HSBC BANK, USA, N.A.; DISCOVER FINANCIAL SERVICES, INC, and DOES 1-100,<br><br>Defendants. | Case No. 3:20-cv-06309-JSC<br><br>Judge: Hon. Jacqueline Scott Corley<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**Date:         April 29, 2021**<br>**Time:         9:00 a.m.**<br>**Courtroom:   E - 15th Floor**<br><br>Date Removed: September 4, 2020<br>Date Filed:      April 24, 2020 |

1  Having considered Plaintiff's Motion for Leave to File Second Amended Class Action
2  Complaint, and finding the requirements of Rule 15 of the Federal Rule of Civil satisfied,
3  **IT IS HEREBY ORDERED THAT** Plaintiff's Motion is **GRANTED**. Plaintiff shall file a
4  Second Amended Complaint within seven (7) days of the entry of this Order.

5
6
7
8  DATED: _____      _____
9                                    THE HONORABLE JACQUELINE SCOTT CORLEY
                                     UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28