UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PALMER, et al.,<br><br>      Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A., et al.,<br><br>      Defendant. | 20-cv-06309-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment. *See* Dkt. No. 155. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 27, 2023

_____
VINCE CHHABRIA
United States District Judge